IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:09CR32** |
| vs. | |
| LARUAN J. MOORE, | **ORDER** |
| Defendant. | |

This matter is before the Court on the defendant's motion for a copy of his Judgment and Commitment and a copy of his Criminal Docket Sheet (Filing No. 144). The Court notes that the defendant was sentenced on June 29, 2009, and that no appeal was filed. The time to file such an appeal has long since passed, and the Court is unable to provide copies of pleadings without prepayment of the costs therefor. Accordingly,

IT IS ORDERED that the defendant's Motion for Copies [144] is denied without prejudice. Defendant may contact the Office of the Clerk of the United States District Court concerning the cost for copies of his Judgment and Commitment and Criminal Docket Sheet. The Clerk of the Court is directed to provide the defendant with the requested form to proceed In Forma Pauperis.

Dated this 11th day of July, 2013.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge