IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> vs.<br><br>LARUAN MOORE,<br><br>     Defendant. | **8:09CR32**<br><br>**ORDER** |

  This matter is before the Court on the defendant's motion for Leave to Proceed In Forma Pauperis, and request for copy of Sentencing Transcript (Filing No. 146).  The Court notes that the defendant was sentenced on June 29, 2009, and that no appeal was filed.  The time to file such an appeal has long since passed, and the Court is unable to grant the Motion to Proceed In Forma Pauperis.  Additionally, the Court notes that no transcript of the Sentencing proceedings held on June 29, 2009 is on file.  Therefore, the request for copies of Sentencing Transcripts is denied as moot.  Accordingly,

  IT IS ORDERED that the defendant's Motion to Proceed In Forma Pauperis, and request for copies of Sentencing transcripts [146] is denied.

  Dated this 12th day of August, 2013.

                 BY THE COURT:

                 s/ F.A. Gossett, III
                 United States Magistrate Judge